# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

JAMES WILLIAM HARTMAN AND KELLY NICOLE HARTMAN,

Plaintiffs,

vs.

FORD MOTOR COMPANY; CROWN FORD, and DOES 1 through 10, inclusive,

Defendants.

Case No. 5:26-cv-01549-NW

Hon. Noel Wise

~~[PROPOSED]~~ **ORDER**

The Court, having considered the Parties' Joint Stipulation and finding good cause therefore, hereby GRANTS the Joint Stipulation and ORDERS as follows:

1. Plaintiffs JAMES WILLIAM HARTMAN AND KELLY NICOLE HARTMAN ("Plaintiffs") and Defendant FORD MOTOR COMPANY have agreed FORD MOTOR COMPANY will pay $3,500.00 to resolve Plaintiffs' attorneys' fees, costs, and expenses.

2. Accordingly, the Court hereby enters an ORDER for Defendant to pay Plaintiffs $3,500.00 to resolve attorneys' fees, costs, and expenses.

3. Payment is to be made to counsel for Plaintiffs by July 13, 2026. After satisfaction of payment, Plaintiffs will dismiss this case with prejudice within 10 business days against all parties.

   **IT IS SO ORDERED.**

Date: ____May 22, 2026_____        _____

Hon. Noel Wise
United States District Court Judge

1

~~[PROPOSED]~~ ORDER